UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES                                    CIVIL ACTION

VERSUS                                           NO: 06-270

MAURICE MATTHEWS                                 SECTION: J(1)

**ORDER**

Before the Court is Defendant's **Motion Requesting the Unsealing of Hearing in an Effort to Request Copy of Sentencing Transcript (Rec. Doc. 112).**

Since Defendant has no pending motion to vacate sentence, he makes no showing that he is entitled to the sentencing transcript. Even if a proper motion under Title 28, United States Code, Section 2255 was filed, petitioner does not make a sufficient showing of good cause for his request.

Rule 6(a) of the Rules Governing Section 2255 Proceedings for the U.S. District Courts states that district courts, for good cause, can authorize parties in a Section 2255 proceeding to conduct discovery. Rule 6(a) of the Rules Governing Section 2255 Proceedings for the U.S. Dist. Cts. Good cause under Rule 6(a) exists "where specific allegations before the court show reason to believe that the petitioner may, if facts are fully developed, be able to demonstrate that he is . . . entitled to relief . . . ." Bracy v. Gramley, 520 U.S. 899, 908-09 (1997) (quoting Harris

v. Nelson, 394 U.S. 286, 300 (1969)). However, Rule 6(a), "which permits the district court to order discovery on good cause shown, does not authorize fishing expeditions" to investigate conclusory allegations. Ward v. Whitley, 21 F.3d 135, 1367 (5th Cir. 1994).

Petitioner herein waived his rights to file a motion to vacate sentence except under limited circumstances (Rec. Doc. 87). Without a showing of good cause under Rule 6(a), the motion is hereby **DENIED.**

New Orleans, Louisiana this 14th day of December, 2010.


_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE